151 A.3d 80

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DAVID L. GASKINS, DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-001157-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 80

J.L., PLAINTIFF-RESPONDENT, v. A.D.,
DEFENDANT-PETITIONER.

September 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002267-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.